UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL DIECKMANN | ) | |
| | ) | CASE NO. C05-4078MWB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | *JUDGMENT* |
| | ) | |
| SIMRAT SETHI | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's complaint 42 U.S.C. § 1983 is dismissed without prejudice.

DATED: August 9th, 2005

Pridgen W. Watkins
Clerk of Court

S/src
BY: Deputy Clerk

**66-54**

